# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MABLE LENE WASHINGTON,<br><br>    Plaintiff,<br><br>vs.<br><br>NANCY A. BERRYHILL, Acting Commissioner of Social,<br><br>    Defendant. | Case No.: 2:18-cv-00204-GJS<br><br>[~~PROPOSED~~] ORDER OF DISMISSAL |

The above captioned matter is dismissed with prejudice, each party to bear its own fees, costs, and expenses.

IT IS SO ORDERED.

DATED: June 22, 2018

_____
GAIL J. STANDISH
UNITED STATES MAGISTRATE JUDGE